United States District Court

Eastern District of California

Thomas F. Weddle,

        Petitioner,                    No. Civ. S 04-1369 MCE PAN P

   vs.                              Findings and Recommendations

Trinity County Superior Court, et al.,

        Respondents.

-oOo-

    March 16, 2005, the court ordered petitioner to show cause why the petition should not be dismissed for his failure to exhaust state judicial remedies. Petitioner did not respond.

    Accordingly, the court hereby recommends the petition be dismissed for failure to exhaust.

    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and

recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  April 26, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge