1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS F. WEDDLE,                    No. CIV-S-04-1369 MCE/PAN P

12             Petitioner,

13        v.                             ORDER

14   TRINITY COUNTY SUPERIOR
     COURT, ET AL.,
15
             Respondents.
16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an

18   application for a writ of habeas corpus pursuant to 28 U.S.C.

19   § 2254.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21   Order No. 262.

22        On April 27, 2005, the magistrate judge filed findings and

23   recommendations herein which were served on petitioner and which

24   contained notice to petitioner that any objections to the

25   findings and recommendations were to be filed within twenty days.

26   ///

                                    1

1  Petitioner has not filed objections to the findings and

2  recommendations.

3       The court has reviewed the file and finds the findings and

4  recommendations to be supported by the record and by the

5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6  that:

7       1.  The findings and recommendations filed April 27, 2005,

8  are adopted in full; and

9       2.  The petition is dismissed for failure to exhaust state

10 judicial remedies.

11 DATE: June 15, 2005

12

13

14                              _____
                                MORRISON C. ENGLAND, JR
15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

                                    2